

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00589-CV

**IN RE** Anthony C. **AGUILAR**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  September 18, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On August 28, 2013, relator Anthony C. Aguilar filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012-PC-2800, styled *In the Estate of Ramiro Aguilar Jr., Deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Gladys B. Burwell presiding.